UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES - GENERAL

| Case No. | CV 08-04350-MMM<br>BK LA03-214247-TD | Date | March 17, 2009 |
|---|---|---|---|

| Title | In re Debtor: Edward Maldonado<br>Fairmont Specialty Group vs. Robinson Diamant and Wolkowitz |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None appearing   None appearing

**Proceedings:**   (IN CHAMBERS) - ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On February 5, 2009, the court issued an order directing the appellant to show cause by February 23, 2009, why the appeal should not be dismissed for failure to file the following documents as required by the Federal Rules of Bankruptcy Procedure 8006:

- Statement of Issues
- Designation of Record

To date, appellant has not filed any of the required items.

Accordingly, the court hereby **dismisses** this action, without prejudice, for lack of prosecution.

IT IS SO ORDERED.

: 0

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk RR for AH